1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | YOLANDA P. BERNARDO, | Case No. 5:14-CV-01755-ODW-DTBx |
|----|---|---|
| 12 | Plaintiff, | **JUDGMENT** |
| 13 | v. | Courtroom:   11 |
| 14 | THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1; CALIBER HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SUMMIT MANAGEMENT COMPANY, LLC; VERICREST FINANCIAL, INC.; WILMINGTON FINANCE, INC. and DOES 1-50, Inclusive, | Judge:        Hon. Otis D.Wright, II. |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

LEGAL123716385.1                                                              JUDGMENT

1    Following this Court's October 6, 2013 Order granting Defendants
2    THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE
3    LOAN TRUST 2007-1, CALIBER HOME LOANS, INC. f/k/a VERICREST
4    FINANCIAL, INC. (erroneously sued separately as "CALIBER HOME LOANS,
5    INC." and "VERICREST FINANCIAL, INC."), MORTGAGE ELECTRONIC
6    REGISTRATION SYSTEMS, INC., and SUMMIT MANAGEMENT COMPANY,
7    LLC's (collectively "Defendants") Motion to Dismiss the Complaint of Plaintiff
8    YOLANDA P. BERNARDO ("Plaintiff"), the Court hereby enters judgment as
9    follows:

   IT IS HEREBY ORDERED AND ADJUDGED that:
   1.   Defendants are dismissed from the action with prejudice
   2.   Judgment is entered in favor of Defendants and against Plaintiff
   3.   Plaintiff shall take nothing as against Defendants
   4.   Defendants may recover their costs

   IT IS SO ORDERED.

   Dated:  October 8, 2014          By: _____
                                        United States District Judge

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 8, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Ms. Yolanda P. Bernardo
41376 Patri Circle
Murrieta, CA  92562

*Plaintiff In Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 8, 2014, at Los Angeles, California.

Carolyn A. Sanford